NUMBER 13-03-074-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

________________________________________________________________


KENNETH REPP , Appellant,



v.




CATHERINE J. REPP , Appellee.

________________________________________________________________



On appeal from the 245th District Court 

of Harris County, Texas


_______________________________________________________________



MEMORANDUM OPINION


Before Justices Hinojosa, Yañez, and Garza

Opinion Per Curiam




 Appellant, KENNETH REPP , attempted to perfect an appeal from a judgment entered by the 245th District Court of
Harris County, Texas, in cause number 2001-47811 . Judgment in this cause was signed on May 6, 2002 . A timely
motion for new trial was filed on June 4, 2002. Pursuant to Tex. R. App. P. 26.1, appellant's notice of appeal was due on
August 5, 2002 , but was not filed until August 20, 200 2.

 Notice of this defect was given so that steps could be taken to correct the defect, if it could be done. Appellant was
advised that, if the defect was not corrected within ten days from the date of receipt of this Court's letter, the appeal would
be dismissed. To date, no response has been received from appellant.

 The Court, having examined and fully considered the documents on file, appellant's failure to timely perfect his appeal,
and appellant's failure to respond to this Court's notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM





Opinion delivered and filed this

the 10th day of April, 2003 .